| Attorney or Appellant Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| ATILA VASS<br>626 Muxeum Drive<br>Los Angeles, CA 90065<br>310 455 6782<br><br>**FILED**<br>JUL 07 2010<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: _____ Deputy Clerk<br><br>Attorney for Appellant | |

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

| In re: ATILA VASS<br>DAVID L RAY (TRUSTEE)<br>Debtor(s). | |
|---|---|
| Last four digits of Social Security Number(s): 8920 | CHAPTER: 7<br>CASE NUMBER: 2:10-BK-22900 BR |
| Employer's Tax Identification No(s) [if any]: | ADVERSARY NUMBER: |

## NOTICE OF APPEAL

1. NOTICE IS HEREBY GIVEN that the (check only one box) ☒ plaintiff  ☐ defendant or  ☐ other party

    (specify name of party) __ATILA VASS__, appeals under 28 U.S.C. § 158(a) or (b) from the judgment, order, or decree of the bankruptcy judge (describe judgment, order, or decree) __MOTION TO LIFT THE AUTOMATIC STAY__ entered in this adversary proceeding or other proceeding (describe other proceeding) __HEARING FOR MOTION TO LIFT AUTOMATIC STAY__ on the __2nd__ day of __JUNE__, (year) __2010__.

2. The names of all parties to the judgment, order, or decree appealed from and the names, addresses, telephone, and fax numbers of their respective attorneys are as follows (print or type names, addresses, telephone, and fax numbers):

(Continued on next page)

Revised 05/04                                                                                                    FORM 17

Notice of Appeal - Page 2                                                          FORM 17

| In re  ATILA VASS                           |               | CHAPTER: 7           |
|        DAVID L. RAY (Trustee)     Debtor(s).|               | CASE NUMBER: 2:10-22900-BR |

Dated: 6/6/2010

_____
Signature (Attorney for Appellant or Appellant if not represented by an Attorney)

_____
Attorney Name

626 Museum Drive LA, CA. 90065
_____
Address

310 433 0558
_____
Telephone Number

If a Bankruptcy Appellate Panel Service is authorized to hear this appeal, each party has a right to have the appeal heard by the district court. The appellant may exercise this right only by filing a separate statement of election at the time of the filing of this Notice of Appeal. Any other party may elect, within the time provided in 28 U.S.C. § 158(c), to have the appeal heard by the district court.

If a child support creditor or its representative is the appellant, and if the child support creditor or its representative files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

Revised 05/04                                                                      FORM 17

Notice of Appeal - Page 3                                                    FORM 17

| In re: ATILA PASS  DAVID L. RAY (Trustee) | Debtor(s). | CHAPTER: 7  CASE NUMBER: 2:10-22900 BR |
|---|---|---|

## PROOF OF SERVICE

STATE OF CALIFORNIA COUNTY OF ___Los Angeles___

1. I am employed in the County of ___Los Angeles___, State of California. I am over the age of 18 and not a party to the within action. My business address is as follows:

   _____ ventura Blvd_____
   _Studio City 91604_

2. Regular Mail Service: On ___July 6, 2010___, I served the documents described as: NOTICE OF APPEAL on the interested parties at their last known address in this action by placing a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid in the United States Mail at ___Studio City___, California, addressed as set forth below.

                                                            G  Addresses continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:

___Mieke Robinson___                      ___[signature]___
Typed Name                                  Signature

| In re | (SHORT TITLE) | CHAPTER: |
|---|---|---|
| | Debtor(s) | CASE NO.: |

Response to Motion for Relief from Stay - Page _ of _     F 4001-1M.RES

**ADDITIONAL SERVICE INFORMATION** (if needed):

Chapter 7 Trustee
David L Ray
12121 Wilshire Blvd, Suite 600
Los Angeles, CA. 90025

US Trustee
Ernst & Young Plaza
725 South Figueroa St 26th Floor
Los Angeles, CA, 90017

Mark L. Domeyer
Attorney for
Countrywide Home Loans dba
America's Wholesale Lender
1231 E. Dyer Road, Suite 100
Santa Ana, CA 92705

This form is OPTIONAL. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
January 2009                                                                                                                                  F 4001-1M.RES

FILED & ENTERED

JUL 07 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No: 2:10-bk-22900-BR |
| Atila Vass, | Chapter: 7 |
| | ORDER DENYING MOTION FOR RECONSIDERATION |
| | Date: |
| | Time: |
| Debtor(s). | Location: |

This matter is before the Court on the Debtor's "Request for Judicial Reconsideration and Appeal of An Order Granting the Relief From the Automatic Stay" filed on June 16, 2010.

No good cause appearing, the request for judicial reconsideration is DENIED.

IT IS SO ORDERED.

DATED: July 7, 2010

- 1

**NOTE TO USERS OF THIS FORM:**
1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) _____
_____ORDER DENYING MOTION FOR RECONSIDERATION_____
was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of_____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

- Mark Domeyer    mdomeyer@mileslegal.com
- Chirnese L Liverpool    attorneyliverpool@yahoo.com
- David L Ray    jf@srblaw.com, dray@ecf.epiqsystems.com
- Ramesh Singh    claims@recoverycorp.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

Atila Vass
626 Museum Dr
Los Angeles, CA 90065

☐ Service information continued on attached page

**ADDITIONAL SERVICE INFORMATION** (if needed):

| Category I (Served by the Court via Notice of Electronic Filing ("NEF")). | Category II (Served by Court via U.S. mail). |
|---|---|
| | |

| Category III (To be served by the lodging party). |
|---|
| |

| | |
|---|---|
| Attorney or Party Name, Address, Telephone & Fax Numbers, and California State Bar Number<br>Mark T. Domeyer, Esq., CA Bar No. 135008<br>**MILES, BAUER, BERGSTROM & WINTERS, LLP**<br>**1231 E. Dyer Road, Suite 100**<br>**Santa Ana, CA 92705**<br>**(714) 481-9100 / FAX (714) 481-9144 / File No. 10-01189**<br>☐ *Individual appearing without counsel*<br>☒ *Attorney for Movant* | FOR COURT USE ONLY<br>**FILED & ENTERED**<br>**JUN 09 2010**<br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY fortier    DEPUTY CLERK |
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| In re:<br>**ATILA VASS,**<br><br><br><br>                                                      Debtor(s). | CHAPTER:  7<br><br>CASE NO.:  2:10-22900-BR |
| | DATE:      June 2, 2010<br>TIME:      02:00 PM<br>CTRM:     1668<br>FLOOR:   16th |

## ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY
## UNDER 11 U.S.C. § 362 (Real Property)
### (MOVANT:  <u>COUNTRYWIDE HOME LOANS DBA AMERICA'S WHOLESALE LENDER, its assignees and/or successors in interest</u>  )

1. The Motion was:    ☒ Contested    ☐ Uncontested    ☐ Settled by Stipulation

2. The Motion affects the following real property ("Property"):

    Street Address:           **626 Museum Drive**
    Apartment/Suite No.:
    City, State, Zip Code:   **Los Angeles, CA  90065**

    Legal description or document recording number (including county of recording):  **LOT 307, 308 AND 309 OF TRACT NO. 5043, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 65, PAGES 42 TO 45 INCLUSIVE OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.**

    ☐ See attached page.

3. The Motion is granted under:    ☐ 11 U.S.C. § 362(d)(1)    ☒ 11 U.S.C. § 362(d)(2)    ☐ 11 U.S.C. § 362(d)(3)
                                                      ☐ 11 U.S.C. § 362(d)(4)

4. As to Movant, its successors, transferees and assigns ("Movant"), the stay of 11 U.S.C. § 362(a) is:
    a.    ☒ Terminated as to Debtor(s) and Debtor's(s') bankruptcy estate.
    b.    ☐ Annulled retroactively to the date of the bankruptcy petition filing.
    c.    ☐ Modified or conditioned as set forth in Exhibit _____ to this Order.

5.    ☒ Movant may enforce its remedies to foreclose upon and obtain possession of the Property in accordance with applicable non-bankruptcy law, but may not pursue any deficiency claim against the Debtor(s) or property of the estate except by filing a Proof of Claim pursuant to 11 U.S.C. § 501.

(Continued on next page)

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

December 2009                                                                                                                                         **F 4001-1O.RP**

F 4001-1O.RP

Order on Motion for Relief from Stay (Real Property) – Page 2 of

| In re: **VASS,** Debtor(s). | CHAPTER 7 CASE NUMBER 2:10-22900-BR |
|---|---|

6. ☐ Movant shall not conduct a foreclosure sale before the following date *(specify)*:

7. ☐ The stay shall remain in effect subject to the terms and conditions set forth in the Adequate Protection Attachment to this Order.

8. ☐ In chapter 13 cases, the trustee shall not make any further payments on account of Movant's secured claim after entry of this Order. The secured portion of Movant's claim is deemed withdrawn upon entry of this Order without prejudice to Movant's right to file an amended unsecured claim for any deficiency. Absent a stipulation or order to the contrary, Movant shall return to the trustee any payments received from the trustee on account of Movant's secured claim after entry of this Order.

9. ☐ The filing of the petition was part of a scheme to delay, hinder and defraud creditors that involved either:

   ☐ transfer of all or part ownership of, or other interest in, the Property without the consent of the secured creditor or court approval.

   ☐ multiple bankruptcy filings affecting the Property.

If recorded in compliance with applicable state laws governing notices of interest or liens in the Property, this Order is binding and effective under 11 U.S.C. § 362(d)4(A) and (B) in any other bankruptcy case purporting to affect the Property filed not later than two (2) years after the date of entry of this Order, except that a debtor in a subsequent bankruptcy case may move for relief from this Order based upon changed circumstances or for good cause shown, after notice and a hearing. Any federal, state or local governmental unit that accepts notices of interests or liens in real property shall accept a certified copy of this Order for indexing and recording.

10. This Court further orders as follows:

    a. ☒ This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.
    b. ☒ The 14-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.
    c. ☐ The provisions set forth in the Extraordinary Relief Attachment shall also apply *(attach Optional Form F 4001-10-ER)*.
    d. ☐ See attached continuation page for additional provisions.

DATED: June 9, 2010

_____

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

December 2009                                                                                                                 F 4001-1O.RP

F 4001-1O.RP

Order on Motion for Relief from Stay (Real Property) – Page 3 of

| In re: VASS, Debtor(s). | CHAPTER 7 CASE NUMBER 2:10-22900-BR |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**Miles, Bauer, Bergstrom & Winters, LLP, 1231 E. Dyer Road, Suite 100, Santa Ana, CA 92705**

A true and correct copy of the foregoing document described as __ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11. U.S.C. § 362 (Real Property)__ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d) and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On __June 4, 2010__ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Atila Vass 626 Museum Drive Los Angeles, CA 90056,**
**Hon. Barry Russell**

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 6/4/10 | Zalikah K. Mukiibi | /s/ Zalikah K. Mukiibi |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2009

F 4001-1O.RP

# F 4001-1O.RP

Order on Motion for Relief from Stay (Real Property) – Page 3 of

| In re:<br><br>VASS,<br><br>Debtor(s). | CHAPTER    7<br><br>CASE NUMBER    2:10-22900-BR |
|---|---|

### NOTE TO USERS OF THIS FORM:
1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) _____
**ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY UNDER 11 U.S.C. § 362 (Real Property)**
_____ was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of _____ **June 4, 2010** _____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

**Debtor's Counsel:** CHIRNESE L. LIVERPOOL, attorneyliverpool@yahoo.com
**Chapter 7 Trustee:** DAVID L. RAY, jf@srblaw.com, dray@ecf.epiqsystems.com
**U.S. Trustee:** ustpregion16.la.ecf@usdoj.gov
**Attorney for Movant:** Mark T. Domeyer, mdomeyer@mileslegal.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

**Debtor:** ATILA VASS, 626 Museum Dr., Los Angeles, CA 90065

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2009                                                                                            F 4001-1O.RP